### 2006–1159.  In re Lemieux.

This cause is before the court upon the filing by the Board of Commissioners on Grievances and Discipline of a certified copy of a judgment entry of a felony conviction against James M. Lemieux,

Attorney Registration No. 0032701.

By order dated August 3, 2006, the court accepted respondent's resignation from the practice of law as a resignation with disciplinary action pending in case No. 2006–1098, *In re Resignation of Lemieux.* Pursuant to the court's order and Gov.Bar R. V(11)(G), the resignation is unconditional, final, and irrevocable.

Accordingly, it is ordered by the court that case No. 2006–1159, *In re Lemieux*, is dismissed as moot.

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

## *August 10, 2006*

[Cite as 08/10/2006 Case Announcements, 2006-Ohio-4085.]

## MOTION AND PROCEDURAL RULINGS